GABRIEL CHO, ESQ. (SBN: 213554)
LAW OFFICES OF GABRIEL Y. CHO
111 W. SAINT JOHN STREET, SUITE 524
SAN JOSE, CA 95113
Telephone: 408-436-7600
Fax: 408-436-7660

Attorney for Defendant,
LUIS ANGEL DIMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ANGEL DIMAS,<br><br>Defendant. | Case No.: **CR 09-00848-03 DLJ**<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING HEARING** |

**IT IS HEREBY STIPUALTED BY AND BETWEEN THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE LEGAL COUNSEL, THAT THE FOLLOWING SHALL BE THE ORDER OF COURT:**

The sentencing hearing presently scheduled for January 26, 2012 at 10:00 a.m. in Department 7 in the above referenced matter shall be continued to February 9, 2012 at 10:00 a.m. in the same department.

Dated: January 11, 2012        /s/
                               Gabriel Y. Cho, Attorney for Defendant
                               Luis Angel Dimas


Dated: January 11, 2012        /s/
                               Daniel R. Kaleba
                               Amber S. Rosen
                               Assistant United States Attorneys



IT IS SO ORDERED. THIS MATTER IS CONTINUED TO FEBRUARY 9, 2012 IN DEPARTMENT 7 AT 10:00 A.M.

DATED: _____        _____
                               JUDGE OF THE UNITED STATES DISTRICT COURT

Stipulation and Order Re: Continuance

2